IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED
FEB 5 2013
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) No. CR 13-021 C |
| GLENN ALLEN KIRKHAM, | ) Violation: 18 U.S.C. § 875(c) |
| Defendant. | ) |

## INDICTMENT

The Federal Grand Jury charges:

1. At all times relevant to this Indictment, **GLENN ALLEN KIRKHAM** was a resident of Oklahoma City.

2. During the morning of January 14, 2013, public officials in and around Casper, Wyoming, received numerous reports from various parts of the United States of a potential imminent attack in the city that had been posted on 4chan.org, an internet-based bulletin board service that operates in interstate and foreign commerce. Among other

precautions, officials placed several dozen public schools in Casper, Wyoming, and Natrona County, Wyoming, on lockdown for approximately one hour.

## COUNT 1

### Transmitting a Threat in Interstate Commerce

3. The Federal Grand Jury incorporates paragraphs 1-2 by reference.

4. On or about January 14, 2013, in Oklahoma City, Oklahoma, in the Western District of Oklahoma, and elsewhere,

---------------------------------- GLENN ALLEN KIRKHAM ----------------------------------

knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another. In particular, **KIRKHAM** posted the following on 4chan.org, which maintains servers exclusively outside of Oklahoma and allows access to any internet user:

> Watch the news in about 1-2 hours. Casper, Wyoming.
>
> I'll be using a .357 magnum revolver, a .22 derringer, several kitchen knives, an aluminum baseball bat, a hammer, and a wood stake made out of hickory. And if the opportunity arises, I may even use my truck.
>
> Lifelong lover of firearms, including exotic Class 3 full auto and things of that nature. I've got all kinds of AR's and guns that could mow down a small village before police arrive. But to use those would further the case that many are making now, that those types of weapons should be illegal and/or taken from us. So I'm using my life to prove a point for you all, to show everyone that a very high score can be racked up using rather primitive weapons and even household objects. I'd like to see them ban all of the above. Those fucking cunts want a war on guns and I'm about to end that war today. I will be

victorious. I will make it clear that intricate planning and poor weapons will trump amateurs with AK's any day of the week. I'm tired of history being written incorrectly, and then never being corrected, and those who know the truth being dismissed, having their characters assasinated [sic] in public, or even killed. That kid in CT used handguns, that's it. But everyone reported that he used shotguns and/or an AR. I won't even go into all the theories about "parents" being actors and such.

That's it, I will not be posting anymore. I cannot risk giving away my identity or location, just be patient and there will be no doubt that the person you see on the news was that guy on 4chan.

I give my life for your freedom today. I love you, /b/rothers.

I will be leaving a letter that will be found, and I will blame my act on ninegag and reddit. I ask that you all do nothing to contradict that.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL: *Sharon A. Lewis*

FOREPERSON OF THE GRAND JURY

SANFORD C. COATS
United States Attorney

*Mark A. Yancey*

MARK A. YANCEY
SCOTT E. WILLIAMS
Assistant U.S. Attorneys

3